FILED

AUG 09 2023

CLERK, U.S.
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ANDREW G. SCHOPLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CESAR ENRIQUE LANDEROS,<br><br>　　　　Defendant. | CASE NO.:   23CR0996-AGS<br><br>ORDER AND JUDGMENT |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the charges in the Indictment against Defendant, Cesar Enrique Landeros, in the above captioned case are dismissed without prejudice.

SO ORDERED.

DATED: Aug. 9, 2023

_____
Honorable ANDREW G. SCHOPLER
United States District Judge